```
Label Matrix for local noticing        Reading                                  Bank of America
0313-4                                  United States Bankruptcy Court          4909 Savarese Circle
Case 19-16896-elf                       Office of the Clerk, Gateway Building   Fl1-908-01-50
Eastern District of Pennsylvania        201 Penn Street, 1st Floor              Tampa, FL 33634-2413
Reading                                 Reading, PA 19601-4038
Wed Feb  5 14:33:35 EST 2020

Bank of America, N.A.                   Bureau of Account Managment             Capital Collection Services
P O Box 982284                          3607 Rosemont Ave Ste 502               Attn: Bankruptcy
El Paso, TX 79998-2284                  Po Box 8875                             Po Box 150
                                        Camp Hill, PA 17001-8875                West Berlin, NJ 08091-0150


Citizens Bank Card Services             Citizens Bank N.A.                      Internal Revenue Service
P.O. Box 7092                           One Citizens Bank Way                   P.O. Box 7346
Bridgeport, CT 06601-7092               JCA115                                  Philadelphia, PA 19101-7346
                                        Johnston, Rhode Island 02919-1922


John A. DiGiamberardino, Esquire        MSCB, Inc.                              Muhlenberg Area Ambulance
Case & DiGiamberardino, P.C.            P.O. Box 1567                           PO Box 206
845 N. Park Road, Ste. 101              Paris, TN 38242-1567                    Temple, PA 19560-0206
Wyomissing, PA 19610-1342


Nissan Motor Acceptance                 Nissan Motor Acceptance Corp/Infiniti   PA Dept. of Revenue
POB 660366                              Attn: Bankruptcy                        Dept. 280946
Dallas, TX  75266-0366                  Po Box 660360                           Attn:  Bankruptcy Division
                                        Dallas, TX 75266-0360                   Harrisburg, PA 17128-0946


PENNYMAC LOAN SERVICES, LLC             Penn State Health                       Penn State Milton S. Hershey Med Ctr
c/o REBECCA ANN SOLARZ                  500 University Drive                    Patient Financial Svcs. Dept.
KML Law Group, P.C.                     Hershey, PA 17033-2391                  P.O. Box 854, MC A410
701 Market Street                                                               Hershey, PA 17033-0854
Suite 5000
Philadelphia, PA 19106-1541

Pennsylvania Psychiatric Institute      PennyMac Loan Servicing, LLC            Pennymac Loan Services
P.O. Box 826933                         P.O. Box 2410                           Correspondence Unit/Bankruptcy
Philadelphia, PA 19182-6933             Moorpark, CA 93020-2410                 Po Box 514387
                                                                                Los Angeles, CA 90051-4387


Pennymac Loan Services LLC              RBS Citizens                            RBS Citizens
3042 Townsgate Road, Ste. 200           1 Citizens Dr.                          P.O. Box 7092
Westlake Village, CA 91361              Ms: Rop 15b                             Bridgeport, CT 06601-7092
                                        Riverside, RI 02915-3035


Rebecca A. Solarz, Esq.                 Southern Berks Regional EMS Inc.        St. Joseph Medical Center
KML Law Group, P.C.                     Ambulance Billing Office                Patient Financial Services
701 Market St., Ste. 5000               P.O. Box 726                            1643 Lewis Ave., Ste. 203
BNY Independence Ctr.                   New Cumberland, PA 17070-0726           Billings, MT 59102-4151
Philadelphia, PA 19106-1541


Tower Health System                     U.S. Dept. of HUD                       United States Trustee
Bankruptcy Department                   451 7th St. S.W.                        Office of the U.S. Trustee
P.O. Box 16051                          Washington, DC 20410-0001               200 Chestnut Street
Reading, PA 19612-6051                                                          Suite 502
                                                                                Philadelphia, PA 19106-2908
```

| | | |
|---|---|---|
| Haines C. Brown IV<br>9 Fairway Drive<br>Bernville, PA 19506-9521 | JOHN A. DIGIAMBERARDINO<br>Case & DiGiamberardino, P.C.<br>845 North Park Road<br>Suite 101<br>Wyomissing, PA 19610-1342 | Karyn P. Brown<br>9 Fairway Drive<br>Bernville, PA 19506-9521 |

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34