UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Haines C. Brown, IV<br>    Karyn P. Brown<br><br>              Debtors | Chapter 13<br>Bankruptcy No.19-16896-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 24th day of March, 2020, by first class mail upon those listed below:

Haines C. Brown, IV
Karyn P. Brown
9 Fairway Drive
Bernville, PA  19506

**Electronically via CM/ECF System Only:**

CASE & DIGIAMBERARDINO PC
845 NORTH PARK ROAD
SUITE 101
WYOMISSING, PA  19610

                                              */s/ Deborah A. Earnshaw*
                                              Deborah A. Earnshaw
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee