IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: HAINES C. BROWN, IV ) <br> KARYN P. BROWN ) <br> **Debtor(s)** ) <br> ) | CHAPTER 13 |
| NISSAN MOTOR ACCEPTANCE ) <br> CORPORATION, SERVICER FOR ) <br> NISSAN-INFINITI LT ) <br> **Moving Party** ) <br> ) | CASE NO. 19-16896-PMM <br><br> 11 U.S.C. 362 |
| v.   ) <br> ) | HEARING DATE: **5-5-20 at 10:00 AM** |
| HAINES C. BROWN, IV ) <br> KARYN P. BROWN ) <br> **Respondent(s)** ) <br> ) <br> SCOTT F. WATERMAN ) <br> **Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti LT, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2017 Nissan Pathfinder** bearing vehicle identification number 5N1DR2MM3HC645795 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **May 5, 2020**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE