United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Haines C. Brown, IV  
Karyn P. Brown  
    Debtors

Case No. 19-16896-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: May 05, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
db/jdb          +Haines C. Brown, IV,    Karyn P. Brown,   9 Fairway Drive,    Bernville, PA 19506-9521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Haines C. Brown, IV jad@cdllawoffice.com,
       dmk@cdllawoffice.com
      JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Karyn P. Brown jad@cdllawoffice.com,
       dmk@cdllawoffice.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
   Nissan-Infiniti LT ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: HAINES C. BROWN, IV | ) | |
| KARYN P. BROWN | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | |
| NISSAN MOTOR ACCEPTANCE | ) | CASE NO. 19-16896-PMM |
| CORPORATION, SERVICER FOR | ) | |
| NISSAN-INFINITI LT | ) | |
| **Moving Party** | ) | 11 U.S.C. 362 |
| | ) | |
| v. | ) | |
| | ) | HEARING DATE: **5-5-20 at 10:00 AM** |
| HAINES C. BROWN, IV | ) | |
| KARYN P. BROWN | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | | |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti LT, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2017 Nissan Pathfinder** bearing vehicle identification number 5N1DR2MM3HC645795 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **May 5, 2020**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE