IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  HAINES C. BROWN, IV, | : Chapter 13 |
| AND KARYN P. BROWN,   debtors | : Case No.  19-16896 |
| | : |

### CERTIFICATE OF SERVICE

I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's Second Chapter 13 Plan filed September 23, 2020 upon the following by electronic means on September 23, 2020:

DENISE ELIZABETH CARLON on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com

WILLIAM EDWARD CRAIG on behalf of Creditor Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT at ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13) on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

and upon the creditors and/or interested parties listed on the attached mailing matrix, by first class mail, on September 24, 2020.

**CASE & DIGIAMBERARDINO, P.C.**

By:   s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA  19610
(610) 372-9900
(610) 372-5469 -f ax
Attorney for Debtor