IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  HAINES C. BROWN, IV, | : Chapter 13 |
| AND KARYN P. BROWN,     debtors | : Case No.  19-16896 |
| | : |

## ORDER

Upon failure of an Answer or objection, it is ORDERED AND DECREED that the Loan Modification is approved between PennyMac Loan Services, LLC and Debtors regarding the first mortgage on premises located at 9 Fairway Drive, Bernville, PA  19506.

BY THE COURT:

*Patricia M. Mayer*
_____ J.

**Date: April 8, 2021**