| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16896-PMM

Haines C. Brown, IV  
Karyn P. Brown  
9 Fairway Drive  
Bernville  PA    19506

Petition Filed Date: 11/02/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $525.00 | | 02/10/2020 | $525.00 | | 03/09/2020 | $545.00 | |
| 04/14/2020 | $545.00 | | 05/18/2020 | $545.00 | | 06/22/2020 | $545.00 | |
| 08/10/2020 | $545.00 | | 09/24/2020 | $545.00 | | 03/25/2021 | $1,250.00 | |
| 06/02/2021 | $275.00 | | | | | | | |

**Total Receipts for the Period: $5,845.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,845.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Haines C. Brown, IV | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $70.28 | $0.00 | $70.28 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,193.68 | $162.37 | $1,031.31 |
| 3 | CITIZENS BANK NA<br>»» 002 | Unsecured Creditors | $1,657.12 | $0.00 | $1,657.12 |
| 4 | CITIZENS BANK NA<br>»» 003 | Unsecured Creditors | $5,862.63 | $0.00 | $5,862.63 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $2,003.02 | $0.00 | $2,003.02 |
| 7 | PENNYMAC  LOAN SERVICES LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US DEPT OF HUD<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $231.60 | $0.00 | $231.60 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $4,843.72 | $658.85 | $4,184.87 |

**Chapter 13 Case No. 19-16896-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,845.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $5,071.22 | Arrearages: | $575.00 |
| Paid to Trustee: | $526.28 | Total Plan Base: | $11,520.00 |
| Funds on Hand: | $247.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.