IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-16896-PMM |
| HAINES C. BROWN, IV and | : | |
| KARYN P. BROWN, | : | Chapter 13 |
|     Debtors. | : | |

## DEBTOR'S RESPONSE TO MOTION OF EXETER FINANCE, LLC
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW come the Debtors, by and through their attorneys, Stephen M. Otto, Esquire and Law Office of Stephen M. Otto, LLC, and file the within Response, of which the following is a statement:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. After reasonable investigation, Debtors are without knowledge or information sufficient to form a belief as to the truth of the averment – Debtors cannot be certain whether Movant's calculation of the balance is accurate.

5. Admitted.

6. Admitted in part; Denied in part. It is admitted that Debtors have missed one or more payments; however, Debtors cannot be certain whether Movant's calculation of the arrearage is accurate.

7. Denied. Movant's averment is a legal conclusion to which no response is necessary.

WHEREFORE, Debtors request that this Honorable Court deny Movant's request.

          Respectfully submitted,
          LAW OFFICE OF STEPHEN M. OTTO, LLC

By:      /s/Stephen M. Otto
          Stephen M. Otto, Esq.
          833 N. Park Road Ste 206
          Wyomissing, PA 19610
          484-220-0481
          PA. I.D. No. 82463
          steve@sottolaw.com