# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Haines C. Brown, IV
And Karyn P. Brown,                      :     Chapter 13
                                         :
                                         :     Case No. 19-16896 (PMM)
                                         :
Debtors.                                 :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Exeter Finance LLC (doc. #73, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Debtors' Response thereto (doc. #75);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **January 6, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 12/6/21

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE