IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: HAINES C. BROWN, IV )<br>KARYN P. BROWN )<br>**Debtor(s)** )<br>)<br>EXTER FINANCE LLC )<br>**Moving Party** )<br>)<br>v. )<br>)<br>HAINES C. BROWN, IV )<br>KARYN P. BROWN )<br>**Respondent(s)** )<br>)<br>SCOTT F. WATERMAN )<br>**Trustee** | CHAPTER 13<br><br>CASE NO. 19-16896-PMM<br><br>11 U.S.C. 362<br><br><br>HEARING DATE: **12-7-21 at 10:00 AM** |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC and the Debtors in settlement of the Motion For Stay Relief, and filed on or about December 22, 2021 in the above matter is APPROVED.

Dated: **December 23, 2021**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE