**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Haines C. and Karyn P. Brown,**   :   Chapter 13
:
:   Case No. 19-16896 (PMM)
:
**Debtors.**   :

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. # 84, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 83) is **approved**.

*[signature: Patricia M. Mayer]*

**Date: 1/6/22**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**