# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Haines C. Brown IV<br>　　　　Karyn P. Brown<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　v.<br>Haines C. Brown IV<br>Karyn P. Brown<br>　　　　　　and<br>Scott F. Waterman<br>　　　　　　　Trustee | NO. 19-16896 PMM |

## ORDER

　　AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 24, 2020  it is ORDERED that:

　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNYMAC LOAN SERVICES, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 9 Fairway Drive Bernville, PA 19506.

**Date: April 18, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Haines C. Brown IV
9 Fairway Drive
Bernville, PA 19506

Karyn P. Brown
9 Fairway Drive
Bernville, PA 19506

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Stephen M. Otto Esq.
833 N. Park Road
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532