United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16896-pmm |
| Haines C. Brown, IV | Chapter 13 |
| Karyn P. Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Haines C. Brown, IV, Karyn P. Brown, 9 Fairway Drive, Bernville, PA 19506-9521 |
| | + | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Haines C. Brown  IV steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Karyn P. Brown steve@sottolaw.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 2

    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Nissan Motor Acceptance Corporation  Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Haines C. Brown IV<br>         Karyn P. Brown<br>                    Debtor(s) | Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC<br>                    v.<br>Haines C. Brown IV<br>Karyn P. Brown<br>                    and<br>Scott F. Waterman<br>                    Trustee | NO. 19-16896 PMM |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 24, 2020  it is ORDERED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNYMAC LOAN SERVICES, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 9 Fairway Drive Bernville, PA 19506.

**Date: April 18, 2022**

*Patricia M. Mayer*

United States Bankruptcy Judge.

cc: See attached service list

Haines C. Brown IV
9 Fairway Drive
Bernville, PA 19506

Karyn P. Brown
9 Fairway Drive
Bernville, PA 19506

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Stephen M. Otto Esq.
833 N. Park Road
Wyomissing, PA 19610

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532