| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16896-PMM**

Haines C. Brown, IV  
Karyn P. Brown  
9 Fairway Drive  
Bernville  PA    19506

Petition Filed Date: 11/02/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date: 04/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/2021 | $275.00 | | 07/13/2021 | $300.00 | | 08/23/2021 | $300.00 | |
| 12/01/2021 | $900.00 | | 05/09/2022 | $275.00 | | 06/17/2022 | $214.00 | |
| 07/12/2022 | $225.00 | | | | | | | |

**Total Receipts for the Period: $2,489.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,059.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Haines C. Brown, IV | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $70.28 | $0.00 | $70.28 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,193.68 | $611.65 | $582.03 |
| 3 | CITIZENS BANK NA »» 002 | Unsecured Creditors | $1,657.12 | $0.00 | $1,657.12 |
| 4 | CITIZENS BANK NA »» 003 | Unsecured Creditors | $5,862.63 | $0.00 | $5,862.63 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $2,003.02 | $0.00 | $2,003.02 |
| 7 | PENNYMAC LOAN SERVICES LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | US DEPT OF HUD »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 09U | Unsecured Creditors | $231.60 | $0.00 | $231.60 |
| 10 | UNITED STATES TREASURY (IRS) »» 09P | Priority Crediors | $4,843.72 | $2,481.95 | $2,361.77 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16896-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,059.00 | Current Monthly Payment: | $217.00 |
| Paid to Claims: | $7,343.60 | Arrearages: | $122.00 |
| Paid to Trustee: | $715.40 | Total Plan Base: | $11,436.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.