United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-16896-pmm

Haines C. Brown, IV                                                                          Chapter 13

Karyn P. Brown

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Haines C. Brown, IV, Karyn P. Brown, 9 Fairway Drive, Bernville, PA 19506-9521 |
| 14415564 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14634575 | + | Exeter Finance LLC, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14434282 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14415569 | + | Muhlenberg Area Ambulance, PO Box 206, Temple, PA 19560-0206 |
| 14442357 | + | PENNYMAC LOAN SERVICES, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14415572 | + | Penn State Health, 500 University Drive, Hershey, PA 17033-2391 |
| 14415573 | + | Penn State Milton S. Hershey Med Ctr, Patient Financial Svcs. Dept., P.O. Box 854, MC A410, Hershey, PA 17033-0854 |
| 14415574 | | Pennsylvania Psychiatric Institute, P.O. Box 826933, Philadelphia, PA 19182-6933 |
| 14415576 | | Pennymac Loan Services LLC, 3042 Townsgate Road, Ste. 200, Westlake Village, CA 91361 |
| 14415579 | + | Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14415580 | | Southern Berks Regional EMS Inc., Ambulance Billing Office, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 14415581 | + | St. Joseph Medical Center, Patient Financial Services, 1643 Lewis Ave., Ste. 203, Billings, MT 59102-4151 |
| 14415582 | | Tower Health System, Bankruptcy Department, P.O. Box 16051, Reading, PA 19612-6051 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2023 00:36:29 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 00:35:00 | Nissan Motor Acceptance Corporation, Servicer for, PO Box 660366, Dallas, TX 75266-0366 |
| 14415563 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14438488 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14428188 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2023 00:35:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14415577 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2023 00:35:00 | RBS Citizens, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14415578 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2023 00:35:00 | RBS Citizens, P.O. Box 7092, Bridgeport, CT 06601 |
| 14415565 | + | Email/Text: amanda@cascollects.com | Jan 13 2023 00:35:00 | Capital Collection Services, Attn: Bankruptcy, Po |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 37

| | | | |
|---|---|---|---|
| | | | Box 150, West Berlin, NJ 08091-0150 |
| 14415566 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2023 00:35:00 | Citizens Bank Card Services, P.O. Box 7092, Bridgeport, CT 06601-7092 |
| 14634514 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 13 2023 00:36:11 | Exeter Finance LLC, P.O Box 166008, Irving, TX 75016-6008 |
| 14494854 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2023 00:36:29 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14495058 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2023 00:36:51 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14415567 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 00:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14415568 | + Email/Text: rlambert@mscb-inc.com | Jan 13 2023 00:35:00 | MSCB, Inc., P.O. Box 1567, Paris, TN 38242-1567 |
| 14437101 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 00:35:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14415570 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 00:35:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14415571 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | PA Dept. of Revenue, Dept. 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14450518 | + Email/PDF: ebnotices@pnmac.com | Jan 13 2023 00:36:56 | PennyMac Loan Servicing, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14415575 | + Email/PDF: ebnotices@pnmac.com | Jan 13 2023 00:36:32 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14415583 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 13 2023 00:36:29 | U.S. Dept. of HUD, 451 7th St. S.W., Washington, DC 20410-0001 |
| 14475165 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 13 2023 00:36:29 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, P.O Box 166008, Irving, TX 75016-6008 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4                        User: admin                              Page 3 of 3

Date Rcvd: Jan 12, 2023                     Form ID: pdf900                          Total Noticed: 37

Date: Jan 14, 2023                          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Joint Debtor Karyn P. Brown steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Haines C. Brown  IV steve@sottolaw.com, info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Nissan Motor Acceptance Corporation  Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Haines C. Brown, IV<br>    Karyn P. Brown<br><br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 19-16896-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 12, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE